IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELU NDUNGE MAUNDU, | NO. C 05-02850 JW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORBRITT, SHAW & ASSOCIATES, INC., et. al., | |
| Defendants. | |

Pursuant to the Court's November 16, 2005 Granting Default Judgment (See Docket Item No. 14.), the Court enters final judgment in favor of the Plaintiff, Kelu Ndunge Maundu and against Defendant Corbritt, Shaw & Associates. The Court orders Defendant to pay Plaintiff statutory damages in the amount of $2,000, and $3,349 in attorney's fees and costs for a total award of $5,349.

Dated: December 23, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Frederick William Schwinn cand_cmecf@sjconsumerlaw.com

**Dated: December 23, 2005**               **Richard W. Wieking, Clerk**

                                            **By:__/s/JW chambers_____**
                                                     Ronald L. Davis
                                                     Courtroom Deputy

**United States District Court**
For the Northern District of California